No. 2,174.

THE PEOPLE OF THE STATE OF CALIFORNIA, Appellant, v. E. W. DOSS, Respondent.

Rhodes, C. J., delivered the opinion of the Court, Wallace, J., Temple, J., and Crockett, J., concurring:

Upon the authority of *People* v. *Doss* (No. 2,170), decided at the present term, judgment reversed and cause remanded, with directions to overrule the demurrer.

By Sprague, J.:

This case is essentially like *People* v. *Doss* (No. 2,170), and the appeal should, in my opinion, for reasons in that case assigned, be dismissed for want of jurisdiction.

No. 2,173.

THE PEOPLE OF THE STATE OF CALIFORNIA, Appellant, v. E. W. DOSS, Respondent.

Rhodes, C. J., delivered the opinion of the Court, Temple, J., Wallace, J., and Crockett, J., concurring.

Upon the authority of *People* v. *Doss* (No. 2,170), decided at the present term, judgment reversed and cause remanded, with directions to overrule the demurrer.

By Sprague, J.:

This case is not distinguishable from *People* v. *Doss* (No. 2,170), and for the reasons assigned in my dissenting opinion in that case, this appeal should, in my judgment, be dismissed.